Schuyler G. Carroll
Jeffrey D. Vanacore
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

David J. Harris
Scott J. Crosby
Burch, Porter & Johnson PLLC
130 North Court Avenue
Memphis, TN 38103
(901) 524-5000
dharris@bpjlaw.com
scrosby@bpjlaw.com

Attorneys for EnSafe Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| QUEBECOR WORLD (USA), *et al.*, | Case No. 08-10152 (JMP) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

| | |
|---|---|
| EUGENE I. DAVIS, as Litigation Trustee for the Quebecor World Litigation Trust, | Adv. No. 10-01050 (JMP) |
| Plaintiff, | |
| v. | |
| ENSAFE INC., | |
| Defendant. | |

----------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )  s.s.:
COUNTY OF NEW YORK     )

   LISA INDELICATO, being duly sworn, deposes and says:

   1. Deponent is not a party to this action, is over eighteen years of age, and resides in Queens County, State of New York.

   2. On April 27, 2010, I served the *DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT TO AVOID AND RECOVER TRANSFERS PURSUANT TO 11 U.S.C. §§ 547, 548, 549 AND 502 AND RECOVER PROPERTY TRANSFERRED PURSUANT TO 11 U.S.C. § 550* upon the parties on the annexed service list by depositing a true copy thereof, enclosed in a first class postage paid, properly addressed envelope, bearing the return business address of the undersigned, in an official depository under the exclusive care and custody of the United States Postal Service within the City and State of New York.

                  */s/ Lisa Indelicato*
                  Lisa Indelicato

Sworn to before me this
27th of April 2010.

*/s/ Susan E. Mackey*
Notary Public, State of New York
Authorized in New York State
Commission Expires 8/7/2010
Registration #01MA6150724

**SERVICE LIST**

Joseph L. Steinfeld, Jr., Esq.
John T. Siegler, Esq.
Karen M. Scheibe, Esq.
ASK FINANCIAL LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
*Attorneys for Plaintiff, Eugene I. Davis, Litigation Trustee for the Quebecor World Litigation Trust*

Edward E. Neiger, Esq.
ASK FINANCIAL LLP
111 John Street, Suite 800
New York, New York 10038
*Attorneys for Plaintiff, Eugene I. Davis, Litigation Trustee for the Quebecor World Litigation Trust*

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004


With courtesy copy to:

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10019

NYC/483348.1