Schuyler G. Carroll
Jeffrey D. Vanacore
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

*Attorneys for EnSafe Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

| | |
|---|---|
| In re: | Chapter 11 |
| QUEBECOR WORLD (USA), *et al.*, | Case No. 08-10152 (JMP) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------- x

| | |
|---|---|
| EUGENE I. DAVIS, as Litigation Trustee for the Quebecor World Litigation Trust, | Adv. No. 10-01050 (JMP) |
| Plaintiff, | |
| v. | |
| ENSAFE INC., | |
| Defendant. | |

------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                         )  s.s.:
COUNTY OF NEW YORK  )

     Nova A. Constantino, being duly sworn, deposes and says:

     1.    Deponent is not a party to this action, is over eighteen years of age, and resides in Kings County, State of New York.

NYC/500129.1

2. On August 5, 2010, I served (i) *Ensafe's Response to Quebecor's Discovery Demands*, (ii) *Ensafe's Discovery Demands on Quebecor*, (iii) *Rule 26 Disclosures*, and (iv) *Deposition Notices* upon the parties on the annexed service list via overnight Federal Express overnight delivery and via electronic mail.

                                                                */s/ Nova A. Constantino*
                                                                 Nova A. Constantino

Sworn to before me this
5th of August, 2010.

     */s/ Susan E. Mackey*
Notary Public, State of New York
Authorized in New York State
Commission Expires 8/7/2010
Registration #01MA6150724

# SERVICE LIST

Alex Govze
ASK Financial, LLP
2600 Eagan Woods Drive
Suite 400
Saint Paul, MN  55121

Scott J. Crosby
Burch, Porter & Johnson PLLC
130 N Court Avenue
Memphis, TN  38103